IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**JANICE ELZEVIR,**

Case No.: _____

Plaintiff,

# 10-CV-20035-Lenard-Turnoff

vs.

(Formerly Miami-Dade County Circuit Court
Case No: 09-75645 CA01(6))

**AMERICAN SECURITY INSURANCE
COMPANY,**

Defendant.

_____/

FILED by __VT__ D.C.
ELECTRONIC

**Jan. 6, 2010**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## DEFENDANT'S NOTICE OF REMOVAL

Defendant American Security Insurance Company ("American Security"), pursuant to 28

U.S.C. §1446 and through its undersigned attorneys, removes this cause from the Circuit Court

of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, in which it is now

pending, to the United States District Court for the Southern District of Florida.  In support

hereof, American Security states as follows:

### A.      *Factual Predicate*

On or about October 13, 2009, the Plaintiff filed this civil action against American

Security.  The Plaintiff filed this lawsuit in the Circuit Court of the Eleventh Judicial Circuit, in

and for Miami-Dade County, Florida, Civil Case No. 09-75645 CA01(6). The Plaintiff has

asserted a cause of action against American Security for alleged breach of contract.

American Security, through its registered agent, was first served with Plaintiff's

Complaint on October 27, 2009.  A copy of the Summons is attached hereto as **Composite

Exhibit "1."**  A copy of the Service of Process Form is attached hereto as **Composite Exhibit

"1."**

1

FTL 107,538,769v1 067871015300

Greenberg Traurig, P.A. ▫ Attorneys at Law ▫ 401 East Las Olas Boulevard ▫ Suite 2000 ▫ Fort Lauderdale, FL 33301 ▫ Tel 954.765.0500 ▫ Fax 954.765.1477 ▫ www.gtlaw.com

1 of 23

## B.    *Diversity Jurisdiction Exist*

This Court has original jurisdiction under 28 U.S.C. §1332 because there is complete diversity of citizenship between Plaintiff (who is a citizen of Florida) and American Security (which is a citizen of Georgia), and the amount in controversy allegedly exceeds $75,000, exclusive of interest and costs.

Plaintiff is a citizen of the State of Florida.  Plaintiff admits in the Complaint that he resides in Miami-Dade County, Florida.  *See* Compl. ¶ 2, attached hereto as **Composite Exhibit "1."**

American Security is a Delaware corporation with its principal place of business located at 260 Interstate North Cir., SE, Atlanta, Georgia, 30339.  *See* printout from Florida Department of State, Division of Corporations' website, a true and correct copy of which is attached hereto as **Exhibit "2."**

Plaintiff sued American Security alleging breach of an insurance policy and damages in excess of $15,000.  The Plaintiff included no further discussion on damages in the Complaint and therefore, American Security was unable to determine whether the minimum amount in controversy for diversity jurisdiction had been met.  In *Pease v. Medtronic,* 6 F.Supp.2d. 1354, 1358 (S.D. Fla. 1998) the Southern District held that "as long as the claim is indeterminate from the complaint, or otherwise, the defendant may not be charged with the running time for removal". *Id.* (*quoting Basso v. United Wisconsin Life Insurance Co.,* No. 97-573, 1997 WL 401584 at *1 (S.D. Fla. Apr. 27, 1997).

Although the Plaintiff's case was not initially removable, 28 U.S.C. §1446(b) outlines a procedure for removal in these instances provided the defendant files a notice of removal "within thirty days after receipt by the defendant …. of a copy of an amended pleading, motion, order, or

2

FTL 107,538,769v1 067871015300

Greenberg Traurig, P.A.  ∘  Attorneys at Law  ∘  401 East Las Olas Boulevard  ∘  Suite 2000  ∘  Fort Lauderdale, FL 33301  ∘  Tel 954.765.0500  ∘  Fax 954.765.1477  ∘  www.gtlaw.com

**10-CV-20035-Lenard-Turnoff**

other paper from which it may first be ascertained that the case is one which is or has become removeable." *Essenson v. Coale*, 848 F.Supp 987, 989 (M.D. Fla. 1994) (citing 28 U.S.C. § 1446(b), and finding that defendant's failure to remove within thirty days of receipt of the initial complaint does not prohibit them from removing the case if Plaintiff later establishes that the amount in controversy meets the requirements for diversity jurisdiction).

On December 16, 2009, Plaintiff's counsel provided American Security's counsel an Adjuster Summary indicating the replacement costs for the alleged damages. *See* Declaration of David O. Batista attached hereto as **Exhibit "3".** Based on the Adjuster Summary, the Plaintiff is claiming total damages in the amount of $81,206.36. *Id.* Upon receipt of the Adjuster Summary, American Security was able to ascertain for the first time that the claimed amount in controversy exceeded $75,000.

The Adjuster Summary, or "other paper," has therefore made this case removable. *See Essenson*, 848 F.Supp at 990. As required in 28 U.S.C. §1446(b), American Security has removed the case within thirty days of receipt of the Adjuster Summary and the discovery of additional grounds for removal. *Id.*

### C.  *Procedural Compliance*

As required by 28 U.S.C. §1446(a), copies of all process, pleadings, and orders filed in this matter in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, that were served upon American Security are attached as **Composite Exhibit "1."** The Notice of Removal is being filed within 30 days of American Security's receipt of the Plaintiff's Adjuster Summary, and is therefore timely filed pursuant to 28 U.S.C. §1446(b). As required by 28 U.S.C. §1446(d), written notice of the filing of this notice of removal will be given to the Plaintiff and will be filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit, in

3

and for Miami-Dade County, Florida.  No admission of fact, law or liability is intended by this notice of removal, and all defenses, affirmative defenses and motions are hereby reserved.

**WHEREFORE**, Defendant American Security Insurance Company respectfully requests that the aforesaid action now pending against Defendant in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade, Florida, Case No. 09-66211 CA 27, be removed to this Honorable Court.

Respectfully submitted,

GREENBERG TRAURIG, P.A.
*Attorneys for Defendant American Security*
*Insurance Company*
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 765-0500
Facsimile:  (954) 765-1477

By: _____
WILLIAM  R. CLAYTON
Florida Bar No. 0485977
claytonw@gtlaw.com
DAVID O. BATISTA
Florida Bar No. 175803
batistad@gtlaw.com

4

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via facsimile and U.S. Mail to: **Jorge Carbonell, Esquire,** ALVAREZ, CARBONELL, & CARBONELL, P.L., 2330 Ponce De Leon Boulevard, Suite 201, Coral Gables, Florida 33134, on this _6th_ day of January 2010.

_____
DAVID BATISTA

FTL 107,538,769v1 067871015300
Greenberg Traurig, P.A.  ▪  Attorneys at Law  ▪  401 East Las Olas Boulevard  ▪  Suite 2000  ▪  Fort Lauderdale, FL 33301  ▪  Tel 954.765.0500  ▪  Fax 954.765.1477  ▪  www.gtlaw.com



**CSC.**

CORPORATION SERVICE COMPANY®

# Notice of Service of Process

TMM / ALL
Transmittal Number: 7099492
Date Processed: 10/27/2009

| Primary Contact: | Ms. Susan Small<br>Assurant Group<br>260 Interstate North Circle NW<br>Atlanta, GA 30339-2111 |
|---|---|
| Entity: | American Security Insurance Company<br>Entity ID Number  1874436 |
| Entity Served: | American Security Insurance Company |
| Title of Action: | Janice Elzevir vs. American Security Insurance Company |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court: | Miami-Dade County Circuit Court, Florida |
| Case Number: | 09-75645CA01 (6) |
| Jurisdiction Served: | Florida |
| Date Served on CSC: | 10/27/2009 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | Chief Financial Officer on October 23, 2009 |
| How Served: | Electronic SOP |
| Sender Information: | Jorge L. Carbonell<br>305-444-5885 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

**COMPOSITE EXHIBIT 1**

**ALEX SINK**
**CHIEF FINANCIAL OFFICER**
**STATE OF FLORIDA**
Florida Department of Financial Services



09-58434

JANICE ELZEVIR

PLAINTIFF(S),

VS.

AMERICAN SECURITY INSURANCE COMPANY

DEFENDANT(S).

_____/

SUMMONS, COMPLAINT

CASE #:    09-75645 CA 01 (6)
COURT:    CIRCUIT COURT
COUNTY:  MIAMI-DADE
DFS-SOP#: 09-58434

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial
Officer of the State of Florida. Said process was received in my office by MAIL on the 23rd day
of October, 2009 and a copy was forwarded by Electronic Delivery on the 27th day of October,
2009 to the designated agent for the named entity as shown below.

AMERICAN SECURITY INSURANCE COMPANY
LYNETTE COLEMAN  (gbarber@cscinfo.com)
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE FL 32301

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any
subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

*Alex Sink*

Alex Sink
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

JORGE L. CARBONELL, JR.
SUITE 201
2330 PONCE DE LEON BLVD.
CORAL GABLES FL 33134

AJ1

X IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
Q

| DIVISION<br>X CIVIL<br>Q OTHER | SUMMONS | CASE NUMBER<br>0 9 - 7 56 4 5 CA 0 1 (6) |
|---|---|---|
| PLAINTIFF(S)<br><br>JANICE ELZEVIR, | DEFENDANT (s)<br><br>AMERICAN SECURITY<br>INSURANCE COMPANY, | CLOCK IN |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

You ARE COMMANDED to serve this summons and a copy of the *Complaint* in this action on defendant:

### AMERICAN SECURITY INSURANCE COMPANY
### BY AND THROUGH THE FLORIDA DEPARTMENT OF FINANCIAL SERVICES
### 200 E. GAINES STREET
### TALLAHASSEE, FLORIDA 32399-4201

Defendant is required to serve written defenses to the Complaint on Plaintiff's Attorney:
Alvarez Carbonell & Gomez, P.L. whose address is 2330 Ponce De Leon Blvd., Suite 201, Coral Gables, Florida 33134, Telephone No.: 305/444-5885, Telefax No.: 305/444-8986, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint.

| CLERK OF COURTS | BY ___PATRICK GILLYARD;___<br>DEPUTY CLERK | DATE<br><br>OCT 1 5 2009 |
|---|---|---|

AMERICANS WITH DISABILITIES ACT OF 1990
IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990, PERSONS NEEDING A SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT THE ASA COORDINATOR NO LATER THAN 7 DAYS PRIOR TO THE PROCEEDINGS AT 305/375-2006 (VOICE) OF 305/375-2007 (TDD)

COURT SEAL

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

JANICE ELZEVIR,                                 GENERAL JURISDICTION DIVISION

      Plaintiff,                              CASE NO.: 0 9 - 7 5 6 4 5 CA 0 1 (6)

v.

AMERICAN SECURITY INSURANCE
COMPANY,

      Defendant.
_____/

## COMPLAINT

    Plaintiff, JANICE ELZEVIR (the "Insured"), hereby sues Defendant, AMERICAN

SECURITY INSURANCE COMPANY (the "Insurance Company"), and alleges as follows:

### PARTIES, JURISDICTION & VENUE

    1.    This is an action for damages that exceed Fifteen Thousand Dollars

($15,000) exclusive of interest, costs and fees.

    2.    The Insured is an individual who at all times material hereto has resided in

Miami-Dade County, Florida.

    3.    The Insurance Company is a Florida corporation, organized and existing

under the laws of Florida, qualified to do business in Florida, and has at all times material

hereto been conducting business in Miami-Dade County, Florida.

    4.    Venue is proper in Miami-Dade County, Florida because the contract, which

forms the subject matter of this lawsuit, was executed in Miami-Dade County, Florida.

    5.  All conditions precedents to the filing of this lawsuit have occurred, have been

waived or have been performed.

## GENERAL ALLEGATIONS

6.      At all times material hereto, in consideration of a premium paid by the Insured, there was in full force and effect a certain homeowners insurance policy issued by the Insurance Company with a policy number of AHR083112502 (the "Policy"). The Insured after diligent search and expending all efforts to locate a copy of the Policy has not been able to do so. However, the Insurance Company must have a copy of said Policy in its possession; as such the Insured will file a copy of the Policy after the same is provided by the Insurance Company and hereby incorporate by reference said Insurance Policy.

7.      Accordingly, under the terms of the Policy, the Insurance Company agreed to provide insurance coverage to the Insured's property against certain losses. The damaged property is located at 12205 NW Miami Court, North Miami, Florida 33168 ("Property").

8.      On or about OCTOBER 24, 2005, while the Policy was in full force and effect, the Property sustained a covered loss as a result of hurricane damage (the "Loss").

9.      The Insurance Company acknowledged coverage for the Loss as claim number 00100524478 and assigned an insurance adjuster to adjust the Loss.

10.      Accordingly, the Insurance Company inspected the Property and tendered a payment of insurance proceeds to the Insured. However, after diligent inspection of the Loss, it was obvious that the Property sustained damage greater than the damages acknowledged by the Insurance Company.

2

11.     Subsequently, the Insured advised the Insurance Company that she was in disagreement with its initial evaluation of the Loss and that she was invoking the appraisal clause, as accorded in the Policy, in order to resolve the difference as to the amount of the Loss.

12.     The Policy's appraisal clause states that:

> "If you and we fail to agree on the amount of the loss, either may demand an appraisal of the loss. In this event, each party will choose a competent appraiser within 20 days after receiving a written request from the other"

13.     By its silence and failure to respond, the Insurance Company has taken the position that it has no duty to participate in the appraisal process for the entire Loss. However, it is firmly rooted in Florida jurisprudence that failure of the Insurance Company to participate in the appraisal process is a material breach of the Policy.

14.     More than 20 days have lapsed since the Insured invoked the appraisal process as accorded in the Policy. As such, the Insurance Company has materially breached the Policy.

15.     The Insurance Company's finalization of its duty to adjust the loss with the Insured is a condition precedent for the Insured to receive the insurance's benefits that she is entitled to under the terms of the Policy.

16.     As of the date of the filing of this lawsuit, the Insurance Company has failed to: (i) comply with the Policy's appraisal clause; (ii) acknowledge or deny that further payment would be forthcoming; and/or (iii) make any further payment of insurance

3

proceeds to the Insured. As a result of the foregoing, the Insurance Company has breached the Policy.

16.     The Insured has suffered and continues to suffer damages resulting from Insurance Company's breach of the Policy.

17. The Insured has been obligated to retain the undersigned attorneys for the prosecution of this action and is entitled to a reasonable attorneys' fee pursuant to Florida Statute Section 627.428.

## COUNT I
## BREACH OF CONTRACT

The Insured reincorporates paragraphs 1 through 15 as if fully set forth herein.

18.     It is undisputed that the Insured and the Insurance Company entered into a written contract, the Policy, wherein the Insured agreed to pay a premium and the Insurance Company agreed to insure the Insured's Property.

19.     The Insured has paid all premiums due and owing as contemplated by the Policy; thus, fully performing her obligations under the Policy.

20.     Further, at all times material hereto, the Insured has satisfied all post loss obligations accorded in the Policy, including but not limited to: (i) protecting the Property from further loss; (ii) making reasonable and necessary repairs to protect the Property. Accordingly, the Insured has made diligent effort to complete reasonable repairs to the Property and has mitigated the damages sustained.

21.     In contrast, the Insurance Company has failed to: (i) comply with the Policy's appraisal clause; (ii) acknowledge or deny that further payment would be forthcoming; and/or (iii) make any further payment of insurance proceeds to the Insured. As a result of

4

the foregoing, the Insurance Company has breached the Policy.

22.    As a direct and proximate result of the Insurance Company's breach of the Policy, the Insured has sustained damages.

WHEREFORE, the Insured respectfully requests that this Court enter judgment against the Insurance Company for damages and demands the appraisal process to determine the correct amount of the Loss, plus interest, court costs and reasonable attorneys' fees pursuant to Section 627.428, Florida Statutes.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all issues to triable as a matter of right.

Dated this ___ day of September, 2009.

**ALVAREZ, CARBONELL & GOMEZ, P.L.**
2330 Ponce De Leon Blvd., Suite 201
Coral Gables, Florida 33134
Telephone No. (305) 444-5885
Facsimile No. (305) 444-8986

By:_____
Jorge L. Carbonell, Esq.
Florida Bar No. 0011783

5

FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List     Next on List     Return To List

Events              Name History

Entity Name Search

Submit

# Detail by Entity Name

## Foreign Profit Corporation

AMERICAN SECURITY INSURANCE COMPANY

## Filing Information

| | |
|---|---|
| **Document Number** | 858338 |
| **FEI/EIN Number** | 581529575 |
| **Date Filed** | 11/03/1983 |
| **State** | DE |
| **Status** | ACTIVE |
| **Last Event** | NAME CHANGE AMENDMENT |
| **Event Date Filed** | 04/11/1984 |
| **Event Effective Date** | NONE |

## Principal Address

260 INTERSTATE NORTH CIR., SE
ATLANTA GA 30339-2210 US

Changed 08/31/2005

## Mailing Address

11222 QUAIL ROOST DRIVE
2ND FLOOR, D7
MIAMI FL 33157 US

Changed 04/02/2009

## Registered Agent Name & Address

CHIEF FINANCIAL OFFICER
P O BOX 6200 (32314-6200)
200 E. GAINES ST
TALLAHASSEE FL 32399-0000 US

Name Changed: 03/17/2003

Address Changed: 03/17/2003

## Officer/Director Detail

**Name & Address**

Title P

FROBOSE, JOHN
260 INTERSTATE NORTH CIRCLE, SE

**EXHIBIT 2**

ATLANTA GA 30339

Title S

ARAGON-CRUZ, JEANNIE
11222 QUAIL ROOST DRIVE
MIAMI FL 33157

Title VPD

GILL, GAJINDERPAL P
260 INTERSTATE NORTH CIRCLE, SE
ATLANTA GA 30339

Title T

KNOWLES, NEVILLE
260 INTERSTATE NORTH CIRCLE, SE
ALTANTA GA 30339

Title SVPD

LEMASTERS, S. CRAIG
260 INTERSTATE NORTH CIRCLE, NW
ALTANTA GA 30339

Title GC

DECHURCH, GREGORY
11222 QUAIL ROOST DRIVE
MIAMI FL 33157

## Annual Reports

| Report Year | Filed Date |
|-------------|------------|
| 2007 | 03/01/2007 |
| 2008 | 01/11/2008 |
| 2009 | 04/02/2009 |

## Document Images

04/02/2009 -- ANNUAL REPORT  View image in PDF format

01/11/2008 -- ANNUAL REPORT  View image in PDF format

03/01/2007 -- ANNUAL REPORT  View image in PDF format

04/26/2006 -- ANNUAL REPORT  View image in PDF format

03/25/2005 -- ANNUAL REPORT  View image in PDF format

04/25/2004 -- ANNUAL REPORT  View image in PDF format

04/28/2003 -- ANNUAL REPORT  View image in PDF format

02/12/2002 -- ANNUAL REPORT  View image in PDF format

09/19/2001 -- ANNUAL REPORT  View image in PDF format

05/10/2000 -- ANNUAL REPORT  View image in PDF format

05/13/1999 -- ANNUAL REPORT  View image in PDF format

02/24/1998 -- ANNUAL REPORT  View image in PDF format

03/17/1997 -- ANNUAL REPORT  View image in PDF format

02/20/1996 -- ANNUAL REPORT  View image in PDF format

02/22/1995 -- ANNUAL REPORT    View image in PDF format

**Note:** This is not official record. See documents if question or conflict.

**Previous on List**    **Next on List**    **Return To List**

**Events**          **Name History**

Entity Name Search

Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**JANICE ELZEVIR,**

          Plaintiff,

vs.

**AMERICAN SECURITY INSURANCE
COMPANY,**

          Defendant.

_____/

Case No.: _____

(Formerly Miami-Dade County Circuit Court
Case No: 09-75645 CA01 (6) )

## DECLARATION OF DAVID O. BATISTA, ESQUIRE,
## IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

I, David O. Batista, Esquire, do declare:

1.     I am a shareholder in the law firm of Greenberg Traurig, P.A. ("Greenberg Traurig"),
counsel for Defendant, American Security Insurance Company ("American Security"), in the
above-styled action. I am licensed to practice law in the State of Florida, and have practiced law in
South Florida for over 10 years. I have personal knowledge of the following facts or knowledge
based upon review of Greenberg Traurig, P.A.'s business records made in the ordinary course of its
business.

2.     I submit this Declaration in support of American Security's Notice of Removal of the
lawsuit filed in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County,
Florida, Civil Case No. 09-75645 CA01(6) to the United States District Court for the Southern
District of Florida.

3.     On December 16, 2009, Plaintiff's counsel transmitted via e-mail to American
Security's counsel an "Adjuster Summary" prepared by Moreau Consultants, Inc. ("Moreau") and
dated December 15, 2009. Moreau prepared a summary of the replacement costs associated with
the insurance claim filed by the Plaintiff for the property located at 12205 NW Miami Court, North

**EXHIBIT 3**

Miami, Florida 33168. According to the Adjuster Summary, Plaintiff is claiming total damages in the amount of $81,206.36.  A copy of the Adjustment Summary received by American Security's counsel is attached hereto as Exhibit "A."  The Adjustment Summary incorporates by reference an estimate prepared by VAS Renovation for demolition, remodeling and repair work in the amount of $65,143.  A copy of the VAS Renovation estimate was also provided to American Security's counsel by Plaintiff's counsel and is attached hereto as Exhibit "B".

4.      The Adjuster Summary and VAS Renovation estimates were kept by counsel for American Security, in the ordinary course of business, at or near the time of the act, condition or event as a matter of course.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 6ʳᵗ day of January 2010.

_____
DAVID O. BATISTA

FTL 107,538,817v1 12-30-09

Greenberg Traurig, P.A.  ○ Attorneys at Law  ○ 401 East Las Olas Boulevard  ○ Suite 2000  ○ Fort Lauderdale, FL 33301  ○ Tel 954.765.0500  ○ Fax 954.765.1477  ○ www.gtlaw.com

# Adjuster Summary

**Claim #**        09-10230

## MOREAU CONSULTANTS INC.

**Adjuster**
  IntegriClaim

7600 Red Road
Suite # 211
Miami, FL  33143
Phone (305) 740-8087   Fax (305) 740-4654

**December 15, 2009**

**Phone**
**Fax**

**Insured Name**  Elzevir, Fanie
**Loss Address**  12205 NW Miami Ct, North Miami, FL  33168
**Phone Number**                              **Policy #**    AHR083112502
**Other Phone**                               **Ins Claim #** 00100524478        **Date of Loss**    10/24/2005
**Ins Company**  American Securiity

## Coverage - Building

### Generals

|  |  | Repl. Cost | Depr. | ACV OP RD |
|---|---|---|---|---|
| Special Clean up & Removal | 32 HR @ $38.49 | $1,231.68 | $0.00 | $1,231.68 |
| Special Dumpster | 1 EA @ $539.33 | $539.33 | $0.00 | $539.33 |
| Special Trucking & Hauling, 2 CY | 2 LD @ $180.25 | $360.50 | $0.00 | $360.50 |
| Special Portable On Demand Storage (PODS) | 3 MO @ $350.00 | $1,050.00 | $0.00 | $1,050.00 |
| Special Contractors Estimate | 1 LS @ $65,143.00 ᵂ | $65,143.00 | $0.00 | $65,143.00 |

> As per VAS Renovation estimate for Demolition, remodeling bathroom, family room, and ceilings. Also includes Roof

| | **Coverage - Building Totals** | **$68,324.51** | **$0.00** | **$68,324.51** |
|---|---|---|---|---|

## Summary

|  | Repl. Cost | Depr. | ACV |
|---|---|---|---|
| **Estimate Totals** | **$68,324.51** | **$0.00** | **$68,324.51** |
| **Contractor's Overhead & Profit (20%)** | $13,664.90 | $0.00 | $13,664.90 |
| **Total With Overhead & Profit** | $81,989.41 | $0.00 | $81,989.41 |
| **MIAMI DADE** | $216.95 | $0.00 | $216.95 |
| **Total With Tax** | $82,206.36 | $0.00 | $82,206.36 |
| **Less Deductible Applied ($1,000.00 Maximum)** | -$1,000.00 | | -$1,000.00 |
| **Net Claim** | **$81,206.36** | **$0.00** | **$81,206.36** |

A copy of this document does not constitute a settlement of this claim.  The above figures are subject to insurance company approval.

Accepted by_____

**Price Database Legend**
All prices from TCD07D1104.
w = Write-in



# VAS RENOVATIONS, INC

Fanie Elzevir &
Michele L Goneze
12205 NW MIAMI CT
NO MIAMI, FL
33168-4551

**Subject:     Cost proposal**

Dear Mrs. Elzavir

We are pleased to provide you with our proposal to perform the interior alterations for the above referenced residence. Our proposal is based on Field inspection.

Our scope of work will consist of the following:

**Demolition (Complete)**

- Demolition of interior partition walls
- Interior demolition of one bathroom, vanities, tub, toilets, sink, tile,
- Electrical
- Demo drywall master bedroom/demo drywall hallway, closet, family room, bedroom and kitchen
- Remove all flooring
- Remove and cart existing kitchen, cabinets, fixture and appliances
- Removal of ceiling throughout the bathroom, kitchen, bedroom and family room
- Haul away all construction debris
- Dumpsters

$5000.00

CERTIFIED GENERAL CONTRACTOR
CGC 1512905
LICENSED AND INSURED
7550 SW 57 AVE
SO. MIAMI, FL 33143
786-306-8027



Page 1

# VAS RENOVATIONS, INC

### Interior Remodeling

## Kitchen

The kitchen cabinets, this will require electrical, plumbing, and carpentry.

$15,000.00

## Interior remodeling to bathroom, family room, bedroom and ceiling

Repair the damaged areas such as new installation to  of drywall, repairs will include materials, framing, hanging, drywall, smooth finish, painting, interior door installations

| | |
|---|---|
| Framing, drywall and finish | $4500.00 |
| Flooring | $4816.00 |
| Painting | $3495.00 |
| Doors and installations | $900.00 |
| Electrical | $3000.00 |
| Plumbing | $3000.00 |

CERTIFIED GENERAL CONTRACTOR
CGC 1512905
LICENSED AND INSURED
7550 SW 57 AVE
SO. MIAMI, FL 33143
786-306-8027

# VAS RENOVATIONS, INC

**Roof**

1. Replace  of Fascia board
2. 25 squares at a $3.50 square ft
3. Permits, labor and material
4. Remove existing
5. Re-nail wood deck to meet FBC
6. Install 75# felt Tin Cap or Hot Mop
7. Install two plies of fiberglass felt hot mop
8. Install one ply of cap sheet hot mop
9. Replace all lead stack flashing and eave drip
10. Remove all debris
11. Installation of wood deck

$25,432.00

We here by propose to perform the above referenced work for the amount of **sixty five thousand one hundred forty three dollars. ($65,143.00)**

If I can be of any further assistance, please do not hesitate to contact me @ 786-306-8027

Sincerely,
Kenia Sorto
Kenia Sorto
Vas Renovations, Inc
Licensed and Insured
Vasrenovations@yahoo.com

CERTIFIED GENERAL CONTRACTOR
CGC 1512905
LICENSED AND INSURED
7550 SW 57 AVE
SO. MIAMI, FL 33143
786-306-8027